UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DUNCAN,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES PAROLE COMMISSION, et al.,<br><br>    Respondents. | Case No. 18-cv-04579-RS (PR)<br><br>**ORDER DISSOLVING STAY;**<br><br>**ORDER SETTING FILING DEADLINE FOR REPLY** |

At the parties' request, the stay of this federal habeas action is DISSOLVED and the case is REOPENED. (Dkt. No. 17.) The Clerk shall modify the docket accordingly.

Respondents' reply brief is due on or before **February 11, 2019**. The Clerk shall terminate Dkt. No. 17.

**IT IS SO ORDERED.**

**Dated:** January 28, 2019

_____
RICHARD SEEBORG
United States District Judge